# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0348
_____

VSC AIRCRAFT MAINTENANCE,
LLC d/b/a Destin Flight Works,

    Appellant,

    v.

DESTIN AVIATION MAINTENANCE,
LLC, a Florida limited liability
company, and John E. Cutts, an
individual,

    Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

January 16, 2024

PER CURIAM.

AFFIRMED.

RAY, BILBREY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


A. Benjamin Gordon and Brian D. Updike of AnchorsGordon, P.A., Fort Walton Beach, for Appellant.

William R. Sickler and J. Pace Mawhinney of Guilday Law, P.A., Tallahassee, for Appellees.